# Court of Appeals
# of the State of Georgia

ATLANTA,  April 04, 2025

*The Court of Appeals hereby passes the following order:*

**A25D0306. BOYOWA LOVEJOY EDUKUGHO v. SARAH HOLBROOK et al.**

Boyowa Lovejoy Edukugho brought a negligence action against Sarah Holbrook and Timothy Holbrook, which the trial court dismissed on December 3, 2024. On February 10, 2025, Edukugho filed an application for discretionary appeal in the Supreme Court, which transferred the case to this Court. See Case No. S25D0687 (Feb. 27, 2025). We, however, lack jurisdiction.

Under OCGA § 5-6-34 (a) (1), a party may file a direct appeal from "[a]ll final judgments, that is to say, where the case is no longer pending in the court below, except as provided in Code Section 5-6-35." And ordinarily, when a party has a right of direct appeal and files a timely application for discretionary appeal, we will grant the application. See OCGA § 5-6-35 (j). In order for us to do so, the application for discretionary appeal must be filed within 30 days of the order being appealed. See OCGA § 5-6-35 (d). Here, Edukugho did not file her application with the Supreme Court until 69 days after the trial court's order dismissing her application.

Because the application is untimely, we are without jurisdiction to consider it. See *In the Interest of B. R. F.*, 338 Ga. App. 762, 762 (791 SE2d 859) (2016). Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __04/04/2025_____

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*